FILED

04/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0268

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0268

_____

STATE OF MONTANA,

       Plaintiff and Appellee,

    v.

CHRIS ARTHUR CHRISTENSEN,

       Defendant and Appellant.

_____

FILED

APR 0 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to our Order of March 7, 2020, this cause was classified for oral argument on Friday, April 3, 2020, at 9:30 a.m.  Due to unforeseen circumstances and the Governor's declaration of a state of emergency and subsequent declaration for all Montanans to shelter in place,

IT IS HEREBY ORDERED that oral argument in this matter has been CANCELED.

IT IS FURTHER ORDERED that this matter has been deemed submitted on the briefs to the Court sitting en banc.

The Clerk is directed to provide a copy of this Order to all counsel of record; to Dean Paul Kirgis, Alexander Blewett III School of Law, University of Montana; to Christina Tin, Director of Communication and Events, Alexander Blewett III School of Law, University of Montana; to John Mudd, Executive Director, State Bar of Montana; and to the Honorable Howard Recht, District Judge.

DATED this /5ᵗ day of April, 2020.

For the Court,

By _____
Chief Justice